**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

*ELECTRONICALLY FILED*

| | |
|---|---|
| MELISSA WALLACE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:21-CV-00162-DJH-LLK |
| | ) |
| NORTON HEALTHCARE, INC., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SETTLEMENT**

Please take notice that Plaintiff Melissa Wallace and Defendant Norton Healthcare, Inc. ("Norton") have reached a resolution in this matter. Plaintiff is currently reviewing the documentation necessary to effectuate dismissal of this litigation. Plaintiff and Norton anticipate filing an Agreed Order of Dismissal in the coming weeks.

                                                  Respectfully submitted,

                                                  */s/ Rudy J. Ellis III*
                                                  Donna King Perry
                                                  Matthew W. Barszcz
                                                  Rudy J. Ellis III
                                                  Dinsmore & Shohl LLP
                                                  101 South Fifth Street, Suite 2500
                                                  Louisville, Kentucky  40202
                                                  Telephone:  (502) 581-8000
                                                  Facsimile:  (502) 581-8111
                                                  donna.perry@dinsmore.com
                                                  matthew.barszcz@dinsmore.com
                                                  rudy.ellis@dinsmore.com
                                                  *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the *Notice of Settlement* was electronically filed the foregoing with the clerk of the Court by using the CM/ECF system on August 5, 2022, which will send a notice of electronic filing upon all counsel of record.

Charles W. Miller
CHARLES W. MILLER & ASSOCIATES
Waterfront Plaza, Suite 2104
325 West Main Street
Louisville, Kentucky 40202
cmiller@cwmassociates.com
*Counsel for Plaintiff*

                                              */s/ Rudy J. Ellis III*
                                              *Counsel for Defendant*