UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

MELISSA WALLACE,                                                                                          Plaintiff,

v.                                                                                    Civil Action No. 3:21-cv-162-DJH-LLK

NORTON HEALTHCARE, INC.,                                                                               Defendant.

\* \* \* \* \*

## ORDER

The parties having agreed to a settlement of all matters in this case (Docket No. 33), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action is **DISMISSED** without prejudice.  The pending motion for summary judgment (D.N. 26) and the pending motion to exclude the defendant's use of affidavits (D.N. 30) are **DENIED** as moot.

The parties shall tender an agreed order of dismissal with prejudice within **thirty (30) days** of entry of this Order.  The Court will entertain a motion to redocket the action within thirty (30) days of entry of this Order in the event the settlement is not consummated.

August 8, 2022

David J. Hale, Judge
United States District Court

1